**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DEBORAH D. MOORE                                                                PLAINTIFF

v.                                        5:09-CV-0344 SWW HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                     DEFENDANT

<u>**ORDER**</u>

Plaintiff requests leave of court to commence this action in the United States District

Court - Western District of Arkansas.  Defendant has not filed a response in objection to the

transfer.

The court notes that it granted Plaintiff leave to proceed <u>in forma pauperis</u> on

November 5, 2009.  Further, the court finds the interests of justice would be best served by

transferring this case to the United States District Court for the Western District of Arkansas.

Venue would be proper in the Western District, as Plaintiff is a resident of Bradley County.

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file

to the Western District of Arkansas, United States Post Office & Courthouse, 101 South

Jackson Avenue, Room 205, El Dorado, Arkansas, 71730-6133.

The matter of service will be determined at a later date.

IT IS SO ORDERED this 8th day of December, 2009.

_Henry L. Jones, Jr._
_____
UNITED STATES MAGISTRATE JUDGE